## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Kevin Foster                                    §        Case No. 8:13-bk-01992-KRM
                                                §
                              Debtor(s)         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

              Funds were disbursed in the following amounts:

              Payments made under an interim
              disbursement
              Administrative expenses
              Bank service fees
              Other payments to creditors
              Non-estate funds paid to 3rd Parties
              Exemptions paid to the debtor
              Other payments to the debtor

              Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $            [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Nicole M. Cameron_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-01992 | KRM | Judge: | K. Rodney May | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Kevin Foster | | | | Date Filed (f) or Converted (c): | 02/19/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/22/2013 |
| For Period Ending: | 06/05/2014 | | | | Claims Bar Date: | 06/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  117 Magnolia Ct Davenport, Fl 33837 | 119,000.00 | 0.00 | | 0.00 | FA |
| 2.  Bb&T Checking | 20.00 | 0.00 | | 0.00 | FA |
| 3.  Partners Checking | 19.00 | 0.00 | | 0.00 | FA |
| 4.  Pnc Checking | 20.00 | 0.00 | | 0.00 | FA |
| 5.  Couch, Bed, Tv, Vcr | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Misc Books And Cd's | 20.00 | 0.00 | | 0.00 | FA |
| 7.  Misc Clothing | 75.00 | 0.00 | | 0.00 | FA |
| 8.  2008 Toyota Prius | 9,489.00 | 7,743.00 | | 8,043.00 | FA |
| 9.  2012 Tax Refund (u) | 0.00 | 816.00 | | 866.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $128,743.00          $8,559.00          $8,909.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

3/22/13 - Quarterly review - 12 month buyback + $25 per month on vehicle - sent payment coupons; filed Not of Assets; requested 2012 tax return as part is non-exempt - NMC

3/27/13 - 2012 tax return - $816-$0(EIC); emailed DA to forward tax refund as all is non-exempt - NMC

6/25/13 - Quarterly review - current on PP - NMC

9/22/13 - QR - current on PP - NMC

11/14/13 - emailed DA re: need payment of 2012 tax refund by 11/20 or will file M/Order Show Cause - NMC

12/17/13 - QR - current on PP; worked out agreement for 2012 tax refund; will make 2 additional payments at end of car PP to pay for 2012 tax refund - NMC

12/23/13 - sent AO on M/Show Cause to DA to sign - NMC

1/13/14 - submitted AO - NMC

3/19/14 - QR - debtor current on PP - NMC


RE PROP #          8   --   3/22/13 - 12 month buyback in place - NMC

Initial Projected Date of Final Report (TFR): 09/30/2014          Current Projected Date of Final Report (TFR): 09/30/2014

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-01992
Case Name: Kevin Foster

Taxpayer ID No: XX-XXX7066
For Period Ending: 06/05/2014

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX4531
Checking
Blanket Bond (per case limit): $10,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #1 of buyback of 2008 Toyota Prius - rcvd from Debtor - Ck#1833 | 1129-000 | $670.25 | | $670.25 |
| 05/10/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #2 of buyback of 2008 Toyota Prius - rcvd from Debtor - Ck#1834 | 1129-000 | $670.25 | | $1,340.50 |
| 06/13/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #3 of buyback of 2008 Toyota Prius - rcvd from Debtor - Ck#1835 (post-dated to 6/14/13) | 1129-000 | $670.25 | | $2,010.75 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,995.75 |
| 07/15/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #4 on buyback of 2008 Toyota Prius - rcvd from Debtor - ck#1836 (post-dated to 7/14/13) | 1129-000 | $670.25 | | $2,666.00 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,651.00 |
| 08/20/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #5 on buyback of Toyota Prius - rcvd from Debtor - Ck#2167 | 1129-000 | $670.25 | | $3,321.25 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,306.25 |
| 09/18/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #6 on buyback of non-exempt Toyota Prius - rcvd from Debtor - Ck#2168 | 1129-000 | $670.25 | | $3,976.50 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:                    $4,021.50          $45.00

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 13-01992 | | Trustee Name: Nicole M. Cameron |
| Case Name: Kevin Foster | | Bank Name: Union Bank |
| | | Account Number/CD#: XXXXXX4531 |
| | | Checking |
| Taxpayer ID No: XX-XXX7066 | | Blanket Bond (per case limit): $10,000.00 |
| For Period Ending: 06/05/2014 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,961.50 |
| 10/22/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #7 of buyback of non-exempt Toyota - rcvd from Debtor - Ck#2169 | 1129-000 | $670.25 | | $4,631.75 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,616.75 |
| 11/19/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #8 on buyback of non-exempt PP - rcvd from Debtor - Ck#2170 | 1129-000 | $670.25 | | $5,287.00 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,272.00 |
| 12/18/13 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment #9 on buyback of non-exempt 2008 Toyota Prius - rcvd from Debtor - Ck#2171 | 1129-000 | $670.25 | | $5,942.25 |
| 12/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,927.25 |
| 01/15/14 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL 33837 | Payment on buyback payment plan Payment on buyback of non-exempt PP - rcvd from Debtor - Ck#2173 | 1129-000 | $670.25 | | $6,597.50 |
| 01/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,582.50 |

Page Subtotals: $2,681.00  $75.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-01992

Case Name: Kevin Foster

Taxpayer ID No: XX-XXX7066

For Period Ending: 06/05/2014

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX4531

Checking

Blanket Bond (per case limit): $10,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | 8 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL  33837 | Payment on buyback payment plan Payment #11 of buyback of non-exempt Toyota Prius - rcvd from Debtor - ck#2174 (check post-dated to 2/14/14) | 1129-000 | $670.25 | | $7,252.75 |
| 02/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,237.75 |
| 03/17/14 | 8 | Kevin Foster 117 Magnolia Court Davenport, FL 33837 | Payment of non-exempt PP payment of non-exempt personal property - rcvd from Debtor 3/12/14 - Ck#2178 | 1129-000 | $670.25 | | $7,908.00 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,893.00 |
| 04/17/14 | 9 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL  33837 | Payment on buyback payment plan Payment on non-exempt 2012 tax refund - rcvd from Debtor - Ck#2183 | 1224-000 | $433.00 | | $8,326.00 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $8,311.00 |
| 05/14/14 | 9 | Kevin Foster 117 MAGNOLIA COURT DAVENPORT, FL  33837 | Payment on buyback payment plan Payment on buyback of non-exempt PP - rcvd from Debtor - ck#2186 (post-dated for 5/15/14) | 1224-000 | $433.00 | | $8,744.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,909.00 | $165.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,909.00 | $165.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $2,206.50 | $45.00 |

Net $8,909.00                    $165.00

Exhibit B

Page Subtotals:                    $0.00                    $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4531 - Checking | $8,909.00 | $165.00 | $8,744.00 |
|  | $8,909.00 | $165.00 | $8,744.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,909.00 |
| Total Gross Receipts: | $8,909.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:13-bk-01992-KRM                                                                                    Date: June 5, 2014
Debtor Name: Kevin Foster
Claims Bar Date: 6/24/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL  33572 | Administrative | | $0.00 | $1,640.90 | $1,640.90 |
| 100 2200 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL  33572 | Administrative | | $0.00 | $56.76 | $56.76 |
| 100 3110 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL  33572 | Administrative | | $0.00 | $260.00 | $260.00 |
| 100 3120 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL  33572 | Administrative | | $0.00 | $2.61 | $2.61 |
| 1 300 7100 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $5,034.00 | $5,133.75 | $5,133.75 |
| 2 300 7100 | Elan Financial Services As Servicer For Centerstate Bk-Fl-Di Bankruptcy Department P.O. Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $9,932.00 | $9,959.76 | $9,959.76 |
| 3 300 7100 | American Infosource Lp As Agent For Td Bank, Usa Po Box 248866 Oklahoma City, Ok 73124-8866 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $1,212.00 | $1,250.44 | $1,250.44 |
| 4 300 7100 | N. A. Fia Card Services Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $7,238.00 | $7,238.04 | $7,238.04 |
| 5 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $3,207.00 | $3,206.65 | $3,206.65 |

UST Form 101-7-TFR (5/1/2011) (Page: 10)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:13-bk-01992-KRM                                                    Date: June 5, 2014
Debtor Name: Kevin Foster
Claims Bar Date: 6/24/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Ecast Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, Az 85712 | Unsecured | 8/13/13 JEJ - reviewed claim, OK.<br>5/2/14 - transfer of claim filed - NMC | $1,865.00 | $1,900.73 | $1,900.73 |
| 7<br>300<br>7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $12,574.00 | $12,756.51 | $12,756.51 |
| 8<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $1,282.00 | $1,342.46 | $1,342.46 |
| 9<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $1,049.00 | $1,112.17 | $1,112.17 |
| 10<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $13,412.00 | $13,599.24 | $13,599.24 |
| 11<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $12,490.00 | $12,666.21 | $12,666.21 |
| 12<br>300<br>7100 | Ecast Settlement Corporation,<br>Assignee<br>Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | 8/13/13 JEJ - reviewed claim, OK. | $6,075.00 | $6,167.83 | $6,167.83 |
|  | Case Totals |  |  | $75,370.00 | $78,294.06 | $78,294.06 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:13-bk-01992-KRM
Case Name: Kevin Foster
Trustee Name: Nicole M. Cameron

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nicole M. Cameron | $ | $ | $ |
| Trustee Expenses: Nicole M. Cameron | $ | $ | $ |
| Attorney for Trustee Fees: Nicole M. Cameron | $ | $ | $ |
| Attorney for Trustee Expenses: Nicole M. Cameron | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $　　　　 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 　　percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 2 | Elan Financial Services As Servicer | $ | $ | $ |
| 3 | American Infosource Lp As Agent For | $ | $ | $ |
| 4 | N. A. Fia Card Services | $ | $ | $ |
| 5 | Capital Recovery V, Llc | $ | $ | $ |
| 6 | Ecast Settlement Corporation | $ | $ | $ |
| 7 | Fsb American Express Bank | $ | $ | $ |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | $ | $ | $ |
| 9 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 10 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 11 | Ecast Settlement Corporation, Assignee | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Ecast Settlement Corporation, Assignee | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE